

Opinions of the United
States Court of Appeals
for the Third Circuit

5-16-2006

# P. N. v. Clementon Bd of Ed

Precedential or Non-Precedential: Precedential

Docket No. 04-4705

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"P. N. v. Clementon Bd of Ed" (2006). *2006 Decisions.* Paper 999.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/999

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 04-4705

_____


P. N., an infant, individually and by
his parent and legal guardian; M. W.,
                                        Appellants
                    v.

CLEMENTON BOARD OF EDUCATION

_____


On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 02-cv-01351)
District Judge: Honorable Freda L. Wolfson

_____


Argued December 12, 2005

Before: SLOVITER, SMITH, and STAPLETON, Circuit Judges.

(Filed April 5, 2006)

_____


SECOND ORDER AMENDING OPINION

        IT IS ORDERED that the slip opinion in the above case, filed April 5, 2006, be amended as follows.  To add immediately after the names of Amici and their counsel on the caption page:

David F. Abernethy
Kimberly M. Coffina
Drinker Biddle & Reath LLP
Philadelphia, PA l9l03-6996

Ruth Deale Lowenkron
Education Law Center
Newark, N.J.  07102

        Attorneys for Amici Curiae Education Law Center

the following 17 Amici:

Alliance for the Betterment of Citizens with Disabilities
The American Civil Liberties Union of New Jersey
Arc of New Jersey
Bazelon Center for Mental Health Law
Becoming Educated and Motivated about Education
The Center for Law and Education
The New Jersey Center for Outreach and Services for the Autism Community
Disability Rights Advocates
The Essex County Bar Association
International Dyslexia Association
The National Association of Protection and Advocacy Systems
The New Jersey Coalition for Inclusive Education, Inc.
New Jersey Protection and Advocacy, Inc.
The Rutgers School of Law-Newark Special Education Clinic
The Special Education Leadership Council
The Statewide Parent Advocacy Network
United Cerebral Palsy Associations

By the Court,


    /s/ Dolores K. Sloviter
    Circuit Judge

Dated: May 16, 2006